UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LESLIE GEORGE, | Case No. 3:19-cv-00106-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JENNIFER DUTCHER, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 7), recommending that the Court grant Plaintiff's *in forma pauperis* application (ECF No. 1), file the Complaint (ECF No. 1-1), and dismiss the action with prejudice as frivolous. Judge Cobb also recommends denying Plaintiff's motion to close his name change case (ECF No. 3) because it is filed in the wrong court. (ECF No. 7 at 5.) Plaintiff had until July 25, 2019, to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's

---

[1]Plaintiff has filed several exhibits (ECF Nos. 8-10) but has not specifically objected to the R&R.

report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Cobb's recommendation, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Cobb found that Plaintiff's Complaint—containing nonsensical and rambling statement with no basis in law or fact—is frivolous. (ECF No. 7 at 3-4.) Judge Cobb also found that Plaintiff's motion to close his name change case was filed in the wrong court. (*Id.* at 5.) Having reviewed the R&R, the Complaint, and the motion, the Court agrees with Judge Cobb.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk of the Court file the Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's motion to close his name change case (ECF No. 3) is denied as filed in the wrong court.

It is further ordered that this action is dismissed with prejudice as frivolous.

It is further ordered that the Clerk of the Court close this case.

DATED THIS 30th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE